```
 1  Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
 2  560 Mission Street, 25th Floor
    San Francisco, CA  94105-2994
 3  Telephone:  (415) 268-2000
 4  Facsimile:  (415) 268-1999
    Email:      matt.jaksa@hro.com
 5
 6  Attorneys for Plaintiffs,
    VIRGIN RECORDS AMERICA, INC.;
 7  UMG RECORDINGS, INC.; SONY BMG
    MUSIC ENTERTAINMENT; WARNER
 8  BROS. RECORDS INC.; and BMG MUSIC
 9
                        UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11
12
13  VIRGIN RECORDS AMERICA, INC., a      CASE NO. 07 6032
    California corporation; UMG RECORDINGS,
14  INC., a Delaware corporation; SONY BMG
    MUSIC ENTERTAINMENT, a Delaware      CERTIFICATION OF INTERESTED
15  general partnership; WARNER BROS.    ENTITIES OR PERSONS
    RECORDS INC., a Delaware corporation; and
16  BMG MUSIC, a New York general partnership,
17                     Plaintiffs,
18       v.
19
20  JOHN DOE,
                       Defendant.
21
22
23
24
25
26
27
28
```

Certification of Interested Entities or Persons
Case No.
#34058 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
7  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
8  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
9  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
10  and EMI Group Limited.
11  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14  publicly traded. Vivendi S.A. is publicly traded in France.
15  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19  Corporation is publicly traded in the U.S.
20  The following companies are parents of, or partners in Plaintiff WARNER BROS.
21  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
22  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
23  publicly traded in the U.S.
24  ///
25  ///
26  ///
27  ///
28  ///

1

Certification of Interested Entities or Persons
Case No.
#34058 v1

1  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: November 29, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS INC.; and BMG
MUSIC