Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS INC.; and BMG MUSIC

RECEIVED
NOV 29 2007
RICHARD W. WIEKING

E-filing

FILED
DEC 05 2007
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

PVT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07 6032

VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,
    Plaintiffs,

v.

JOHN DOE,
    Defendant.

CASE NO.

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Proposed Order
Case No.
#34061 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California,
4  Berkeley to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

Dated: 12/4/07        By: _____
                          United States ~~District~~ Judge
                          Magistrate