Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>            Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>            Defendant. | CASE NO. 5:07-CV-06032-JF<br><br>**The Honorable Jeremy Fogel**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for March 28, 2008, at 10:30 a.m. to July 25, 2008.  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(A), that the Court grant an additional 90 days – until June 26, 2008 – to serve Defendant with the Summons and Complaint.  As further explained below, Plaintiffs believe they have discovered the identity of the Doe defendant in this case, and additional time is needed to file a First Amended Complaint naming Defendant personally and then to serve Defendant with process.  In support of their request, Plaintiffs state as follows:

1. The initial case management conference is currently scheduled for March 28, 2008, at 10:30 a.m..  The current deadline for service of process is March 28, 2008.  No previous continuances or extensions have been requested or granted in this case.

2. Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").  Accordingly, in order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

3. The Court issued an Order for Leave to take Immediate Discovery on December 4, 2007, which was served upon the ISP along with a Rule 45 subpoena.  On February 13, 2008, the ISP responded to Plaintiffs' subpoena, identifying Luis Carlos Esquivel-Garza.

4. Once a Doe defendant is identified, it is Plaintiffs' practice to send a letter to the defendant notifying him or her of Plaintiffs' claims and inviting the Defendant to contact Plaintiffs and attempt to amicably resolve the dispute.  In this case, the ISP was unable to provide a current U.S. address for Mr. Esquivel-Garza, who apparently is a resident of Mexico.  Accordingly, Plaintiffs sent their letter to Mr. Esquivel-Garza via electronic mail.  To date, Plaintiffs have not received a response.

1

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 5:07-cv-06032-JF
#36206 v1

5. Unless Plaintiffs are contacted by Mr. Esquivel-Garza and the matter is resolved, Plaintiffs now intend to file a First Amended Complaint naming Mr. Esquivel-Garza personally as the defendant, and commence with service of process. However, Plaintiffs are uncertain of Defendant's whereabouts, and are unable to effectuate service prior to the current service deadline.

6. Given the circumstances of this case, Plaintiffs respectfully request an additional 90 days – until June 26, 2008 – to effectuate service. Plaintiffs further request that the case management conference be continued to July 25, 2008, or such other date as conveniences the Court.

7. Plaintiffs submit that their efforts to give written notice to Mr. Esquivel-Garza of their claim and attempt to resolve the case before naming him in the lawsuit constitute good cause for any delay in perfecting service. *See Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause standard for service extensions). Moreover, unlike a traditional case in which the defendant is known by name and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first had to obtain the identity of the defendant through the subpoena to the ISP. This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States*, 517 U.S. 654, 658 n. 5 (1996).

8. Because the copyright infringements here occurred in 2007, the three-year limitations period for these claims has not expired. *See* 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the Defendant from any delay in serving the Complaint.

9. Plaintiffs will provide Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: March 17, 2008                             HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; WARNER
BROS. RECORDS INC.; and BMG
MUSIC

2

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 5:07-cv-06032-JF
#36206 v1

1 **[PROPOSED] ORDER**

2   Good cause having been shown:

3   **IT IS ORDERED,** pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1),
4 that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to June 26,
5 2008.

6   **IT IS FURTHER ORDERED** that the case management conference currently set for March
7 28, 2008, at 10:30 a.m. be continued to July 25, 2008.

10 Dated: _____   By: _____
11                                        Honorable Jeremy Fogel
                                          United States District Judge