1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  UMG RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; WARNER
8  BROS. RECORDS INC.; and BMG MUSIC
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION
12

13 | VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and BMG MUSIC, a New York general partnership, | CASE NO. 5:07-CV-06032-JF |
   | --- | --- |
   | | **The Honorable Jeremy Fogel** |
   | | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
   | Plaintiffs, | |
   | v. | |
   | JOHN DOE, | |
   | Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:07-cv-06032-JF
#37973 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Virgin Records, *et al.*, by and through
2 | their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against
3 | Defendant John Doe, also identified as ID # 131460399 with IP address 169.229.80.139 2007-06-01
4 | 21:59:14 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully
5 | requested to close this case.

6 | Dated: June 2, 2008                                HOLME ROBERTS & OWEN LLP

8 |                                                    By: */s/ Matthew Franklin Jaksa*
9 |                                                        MATTHEW FRANKLIN JAKSA
  |                                                        Attorney for Plaintiffs
10 |                                                       VIRGIN RECORDS AMERICA, INC.;
  |                                                        UMG RECORDINGS, INC.; SONY BMG
11 |                                                       MUSIC ENTERTAINMENT; WARNER
  |                                                        BROS. RECORDS INC.; and BMG
12 |                                                       MUSIC

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:07-cv-06032-JF
#37973 v1